JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN T. LOVE,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>RAYBON JOHNSON,<br><br>　　　　　　Respondent. | Case No. 2:21-cv-1927-FMO (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated:  August 16, 2021

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　――――――――――――――――――
　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　United States District Judge